UNITED STATES of America, Plaintiff–Appellee,

v.

Alan David EASON, Defendant–Appellant.

No. 08–15956

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 13, 2009.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Alan David Eason, Texarkana, TX, pro se.

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Alan David Eason, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Eason's conviction and sentence are **AFFIRMED**.